

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | §     CASE NO. 9:04-CR-1 |
| | § |
| MICHAEL KEITH HARRIS | § |

## MEMORANDUM ORDER ADOPTING
## FINDINGS OF FACT AND RECOMMENDATION

The Court referred this matter to United States Magistrate Judge Keith F. Giblin, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the revocation of the defendant's supervised release.

Having conducted the proceedings in the form and manner prescribed by the Federal Rules of Criminal Procedure and 18 U.S.C. § 3583, the magistrate judge issued his *Findings of Fact and Recommendation on Plea of True* [Clerk's doc. #51]. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation with no additional supervision to follow.

The parties have not objected to Judge Giblin's report. Accordingly, after review, the Court concludes that the *Findings of Fact and Recommendation* should be accepted.

It is **ORDERED** that the *Findings of Fact and Recommendation* [Clerk's doc. #51] are **ADOPTED.** The Court finds that Defendant, Michael Keith Harris, violated conditions of his supervised release. The Court accordingly **ORDERS** that the Defendant's term of supervision is **REVOKED**. Pursuant to the magistrate judge's recommendation, the Court **ORDERS** Defendant to serve a term of eleven (11) imprisonment for the revocation, which includes 76 days unserved halfway house time that the defendant was ordered to serve in a residential reentry center as part of his supervision conditions. The Court recommends that Mr. Harris be placed in the Federal Correctional Complex (FCC) in Beaumont, Texas, to serve his sentence. No further term of supervised release is ordered in this case.

**SIGNED** this the 10 day of **July, 2012.**

_____
Thad Heartfield
United States District Judge